Decided September 22, 2004

PROVIDENT BANK *v.* ELLEN LEWITT

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 204 (AC 24285), is denied.

*Ellen Lewitt,* pro se, in support of the petition.

*David F. Borrino,* in opposition.

Decided September 22, 2004

MARY L. ALBAHARY ET AL. *v.* CITY OF BRISTOL

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 329 (AC 24345), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that in the measurement of the plaintiffs' just compensation, the plaintiffs had a right to be compensated for the totality of the damage caused to their property by the defendant's contamination of the plaintiffs' groundwater?"

The Supreme Court docket number is SC 17266.

*Ben M. Krowicki* and *Susan Kim,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided September 22, 2004